B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CHIAPPELLI, ANDREA** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**CHIAPPELLI, TORA LEE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **0452** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **8775** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**563 MAVES DRIVE**<br>**BATAVIA, IL**<br>ZIPCODE **60510** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**563 MAVES DRIVE**<br>**BATAVIA, IL**<br>ZIPCODE **60510** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**27 N. River Street, Batavia, IL**
ZIPCODE **60510**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12       ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                            Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE** |

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>      Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)
Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  **ANDREA CHIAPPELLI**
Signature of Debtor

X _____  **TORA LEE CHIAPPELLI**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 23, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**ROY D. WINN 6191344**
**Law Offices of Roy D. Winn**
**27W140 Roosevelt Rd, Suite 201**
**Winfield, IL 60190-0000**
**(630) 462-7177 Fax: (630) 462-7399**
**rdwinn@hotmail.com**

**January 23, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                   Case No. _____

**CHIAPPELLI, ANDREA** _____      Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: **January 23, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

**CHIAPPELLI, TORA LEE** _____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: _____

Date: **January 23, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                                 Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      270,000.00 | | |
| B - Personal Property | Yes | 3 | $       91,098.31 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $      418,502.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $       15,155.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $      646,850.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 3 | | | $      5,319.70 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $      6,581.00 |
| TOTAL | | 31 | $      361,098.31 | $    1,080,509.77 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE _____   Chapter **7** _____
                              Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**                    Case No. _____
_____
Debtor(s)                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family residence commonly known as 563 Maves Drive, Batavia, Illinois 60510 purchased in January, 2008.** | **Tenancy by the Entirety** | **J** | **270,000.00** | **241,919.47** |
| | | **TOTAL** | **270,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
_____
                    Debtor(s)                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PERSONAL CHECKING  ACCOUNT AT JP MORGAN CHASE BANK.** | H | 2,243.05 |
| | | **PERSONAL CHECKING ACCOUNT AT JP MORGAN CHASE BANK.** | W | 77.02 |
| | | **PERSONAL SAVINGS ACCOUNT AT JP MORGAN CHASE BANK** | H | 212.52 |
| | | **PERSONAL SAVINGS ACCOUNT AT JP MORGAN CHASE BANK** | W | 166.02 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Three Computers, TV, Miscellaneous Household Furniture.** | J | 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Book collection, antique piano.** | J | 800.00 |
| 6.  Wearing apparel. | | **MISCELLANEOUS WEARING APPAREL.** | | 100.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $623.00** | H | 623.00 |
| | | **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $1,328.00** | H | 1,328.00 |
| | | **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $2,706.00** | H | 2,706.00 |
| | | **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $384.00** | H | 384.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE</u>                Case No. _____
                             Debtor(s)                                                                                                                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k with Freudenberg Household Products. Husband's employer. Encumbered by $24,654.21 loan.** | H | 53,458.70 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Ford Edge automobile with 40,000 miles.** | J | 11,000.00 |
| | | **2013 Ford Fusion with 10,000 miles.** | J | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**                    Case No. _____
_____                              _____
                    Debtor(s)                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous business equipment.** | J | **unknown** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | TOTAL | **91,098.31** |
|---|---|---|

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____

Debtor(s)                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Single Family residence commonly known as 563 Maves Drive, Batavia, Illinois 60510 purchased in January, 2008.** | **735 ILCS 5 §12-901** | **26,976.00** | **270,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **PERSONAL CHECKING  ACCOUNT AT JP MORGAN CHASE BANK.** | **735 ILCS 5 §12-1001(b)** | **2,243.05** | **2,243.05** |
| **PERSONAL CHECKING ACCOUNT AT JP MORGAN CHASE BANK.** | **735 ILCS 5 §12-1001(b)** | **77.02** | **77.02** |
| **PERSONAL SAVINGS ACCOUNT AT JP MORGAN CHASE BANK** | **735 ILCS 5 §12-1001(b)** | **212.52** | **212.52** |
| **PERSONAL SAVINGS ACCOUNT AT JP MORGAN CHASE BANK** | **735 ILCS 5 §12-1001(b)** | **166.02** | **166.02** |
| **Three Computers, TV, Miscellaneous Household Furniture.** | **735 ILCS 5 §12-1001(b)** | **3,000.00** | **3,000.00** |
| **Book collection, antique piano.** | **735 ILCS 5 §12-1001(a)** | **800.00** | **800.00** |
| **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $623.00** | **735 ILCS 5 §12-1001(h)(3)** | **623.00** | **623.00** |
| **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $1,328.00** | **735 ILCS 5 §12-1001(h)(3)** | **1,328.00** | **1,328.00** |
| **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $2,706.00** | **735 ILCS 5 §12-1001(h)(3)** | **2,706.00** | **2,706.00** |
| **Whole Life insurance policy with Country Financial.  Cash surrender value as of 11-26-2014 in $384.00** | **735 ILCS 5 §12-1001(h)(3)** | **384.00** | **384.00** |
| **401k with Freudenberg Household Products.  Husband's employer. Encumbered by $24,654.21 loan.** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **53,458.70** | **53,458.70** |
| **2010 Ford Edge automobile with 40,000 miles.** | **735 ILCS 5 §12-1001(c)** | **1,534.00** | **11,000.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE          Case No. _____
_____
Debtor(s)                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6801** **CASTLE BANK** **PO Box 30287** **Omaha, NE 68103** | X | J | **Business Loan for O'Sole Mio, Inc.** | | | | **49,868.23** | **49,868.23** |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. **4972** **Chase** **Po Box 24696** **Columbus, OH 43224** | | J | **MORTGAGE ACCOUNT OPENED 8/2010 FOR REAL PROPERTY COMMONLY KNOWN AS 563 MAVES DRIVE, BATAVIA, ILLINOIS 60510.** | | | | **241,919.47** | |
| | | | VALUE $ **270,000.00** | | | | | |
| ACCOUNT NO. **4895** **Ford Motor Cr** **Po Box Box 542000** **Omaha, NE 68154** | | | **INSTALLMENT ACCOUNT OPENED 5/2013 FOR PURCHASE OF 2013 FORD FUSION AUTOMOBILE,** | | | | **26,880.00** | **11,880.00** |
| | | | VALUE $ **15,000.00** | | | | | |
| ACCOUNT NO. **6302** **Ford Motor Cr** **Po Box Box 542000** **Omaha, NE 68154** | | W | **INSTALLMENT ACCOUNT OPENED 7/2010 FOR PURCHASE OF 2010 FORD EDGE AUTOMOBILE.** | | | | **9,466.00** | |
| | | | VALUE $ **11,000.00** | | | | | |

_____**1**_____ continuation sheets attached

Subtotal (Total of this page) $ **328,133.70**     $ **61,748.23**

Total (Use only on last page) $ _____     $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE          Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br><br>**MARLIN LEASING** <br>**300 Fellowship Road** <br>**Mt. Laurel, NJ  08054** <br><br> VALUE $ | X | J | **Incurred 12/2012.  Lease of equipment for business.  BATCH FREEZER AND GELATO CASE.** | | X | | **17,441.64** | **17,441.64** |
| ACCOUNT NO. **3421** <br><br>**PAWNEE LEASING CORPORATION** <br>**700 Centre Avenue** <br>**Fort Collins, CO  80526** <br><br> VALUE $ | X | H | **Equipment lease for business property. PASTEURIZER, HAND MIXER, PANINI GRILL, BLAST FREEZER, FREIGHT, GELATO CASE, AUXILARY EQUIPMENT.** | | | | **44,917.61** | **44,917.61** |
| ACCOUNT NO. **2342** <br><br>**Timepayment Corp** <br>**16 Ne Exec Office Park S** <br>**Burlington, MA  01803** <br><br> VALUE $ | X | H | **INSTALLMENT ACCOUNT OPENED 11/2012.  Equipment lease for business. TWO (2) GELATO CASES.** | | | | **28,010.00** | **28,010.00** |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **90,369.25** | $ **90,369.25** |
| Total (Use only on last page) | $ **418,502.95** | $ **152,117.48** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
_____
            Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                Case No. _____
                              Debtor(s)                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6504**<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**PO BOX 19035**<br>**Springfield, IL  62794-9035** | X | J | **Sales Tax & E911 Surcharge for 2014 for O'SOLE MIO, INC.** | | | | **9,839.38** | **9,839.38** | |
| ACCOUNT NO.<br>**Illinois Liquor Commission**<br>**Suite 7-801**<br>**100 West Randolph Street**<br>**Chicago, IL  60601** | X | J | **Fines due.  Business expense.** | | | | **500.00** | **500.00** | |
| ACCOUNT NO. **6504**<br>**Internal Revenue Service**<br>**2001 Butterfield Road, 12th Floor**<br>**Downers Grove, IL  60515** | X | J | **Incurred 2014. Unpaid 941 and 940 Quarterly's for business.** | | | | **4,816.59** | **4,816.59** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **15,155.97**  $ **15,155.97**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **15,155.97**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **15,155.97**  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                                      Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9243**<br><br>**A/r Concepts**<br>**18-3 E Dundee Rd**<br>**Barrington, IL  60010** | | W | **OPEN ACCOUNT. Personal debt for Tora.** | | | | **291.00** |
| ACCOUNT NO. **4702**<br><br>**Alliance**<br>**11058 W. Addison Street**<br>**Franklin Park, IL  60131** | X | J | **Business supplies for OSM.** | | | | **313.28** |
| ACCOUNT NO. **3058**<br><br>**ALLIED INTERSTATE**<br>**PO Box 4000**<br>**Warrenton, VA  20188** | | J | **Personal debt for Tora.** | | | | **1,844.31** |
| ACCOUNT NO. **1008**<br><br>**American Express**<br>**True Earnings Business Card**<br>**PO Box 0001**<br>**Los Angeles, CA  60096-8000** | X | J | **Business credit card for supplies.** | | | | **14,269.45** |

___**7**___ continuation sheets attached

Subtotal
(Total of this page) $ **16,718.04**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                Case No. _____
_____
          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0700**<br>**AT&T**<br>**PO Box 5014**<br>**Carol Stream, IL  60197** | X | J | **Telephone service provided for O'Sole Mio, Inc.** | | | | 259.57 |
| ACCOUNT NO. **950**<br>**Bulldog Plumbing, Inc.**<br>**222 Columbia Street**<br>**Batavia, IL  60510** | X | J | **Incurred June of 2014.  Business expenses incurred for build-out.** | | | | 1,610.50 |
| ACCOUNT NO. **0532**<br>**Capital One**<br>**1680 Capital One Drive**<br>**McLean, VA  22102** | | H | **REVOLVING ACCOUNT OPENED 5/2006.  Personal Debt.** | | | | 480.25 |
| ACCOUNT NO. **4165**<br>**Capital One**<br>**1680 Capital One Drive**<br>**McLean, VA  22102** | | J | **Revolving credit card debt.  Personal debt.** | | | | 2,759.49 |
| ACCOUNT NO. **9348**<br>**Capital One**<br>**1680 Capital One Drive**<br>**McLean, VA  22102** | | J | **Revolving credit card debt.  Personal.** | | | | 19.00 |
| ACCOUNT NO. **7169**<br>**Castle Bank**<br>**1620 Dodge Street**<br>**Omaha, NE  68197** | X | J | **Business Line of Credit** | | | | 4,800.00 |
| ACCOUNT NO.<br>**CHARLENE SAUER**<br>**494 Chesterfield Lane**<br>**North Aurora, IL  60542** | X | J | **Accounting services for two (2) businesses.** | | | | 10,000.00 |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,928.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4685**<br>**CINTAS**<br>**1201 W. St. Charles Road**<br>**Maywood, IL  60153** | X | J | **Monthly invoice charges for uniform supplier for business.** | | | | **474.00** |
| ACCOUNT NO. **0503**<br>**CITY OF BATAVIA**<br>**100 N. Island Avenue**<br>**Batavia, IL  60510** | X | J | **Business utility charges.** | | | | **5,964.15** |
| ACCOUNT NO. **1175**<br>**CITY OF ST. CHARLES**<br>**Utiltiy Billing Office**<br>**2 E. Main Street**<br>**St. Charles, IL  60174** | X | J | **Utiltiy services provided for O'Sole Mio, Inc.** | | | | **2,539.46** |
| ACCOUNT NO. **0437**<br>**COMCAST**<br>**PO Box 3002**<br>**Southeastern, PA  19398-3002** | X | J | **Telephone services provided for business.** | | | | **1,802.01** |
| ACCOUNT NO.<br>**CULLIGAN**<br>**2325 South Street**<br>**Geneva, IL  60134** | X | J | **Business water supply.** | | | | **300.00** |
| ACCOUNT NO. **4286**<br>**Debt Recovery Solution**<br>**900 Merchants Concourse**<br>**Westbury, NY  11590** | | W | **OPEN ACCOUNT OPENED 12/2012** | | | | **357.00** |
| ACCOUNT NO.<br>**DOBOSZ LAW OFFICES, P.C.**<br>**2175 Point Boulevard, Ste 150**<br>**Elgin, IL  60123** | X | J | **Legal expenses incurred for business.** | | | | **2,353.35** |

Sheet no. ____**2**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **13,789.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
                Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7908**<br>**EDWARD DON & COMPANY**<br>**2562 Paysphere Circle**<br>**Chicago, IL  60674** | X | J | **Supplies for O'Sole Mio, Inc.** | | | | **317.03** |
| ACCOUNT NO. **7909**<br>**EDWARD DON & COMPANY**<br>**2562 Paysphere Circle**<br>**Chicago, IL  60674** | X | J | **Equipment supplies provided for O'Sole Mio, Inc.** | | | | **3,402.74** |
| ACCOUNT NO. **3132**<br>**FIRST MOUNTAIN BANK**<br>**P.O. Box 6868**<br>**Big Bear Lake, CA  92315** | X | J | **Incurred June, 2014.  Unsecured business loan for O'Sole Mio, Inc.** | | | | **28,347.53** |
| ACCOUNT NO.<br>**ANDREA A. VELEN**<br>**ATTORNEY AT LAW**<br>**3835 EAST THURMOND OAKS BLVD., STE R-349**<br>**WESTLAKE VILLAGE, CA  91362** | | | **Assignee or other notification for:**<br>**FIRST MOUNTAIN BANK** | | | | |
| ACCOUNT NO.<br>**First Street Development**<br>**409 Illinois Avenue, Ste 1C**<br>**St. Charles, IL  60174** | X | C | **Balance of lease payments for business location at 131 S. First Street, St. Charles, Illiniois.** | | | | **280,000.00** |
| ACCOUNT NO.<br>**CORCORAN COMMERCIAL REAL ESTATE**<br>**409 Illinois Avenue**<br>**St. Charles, IL  60174** | | | **Assignee or other notification for:**<br>**First Street Development** | | | | |
| ACCOUNT NO. **5CHI**<br>**GCI, INC.**<br>**P.O. Box 88735**<br>**Chicago, IL  60680** | | J | **Balance left on Vacation Club Membership.  Non-transferable.** | | | | **2,972.94** |

Sheet no. ____**3**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        
(Total of this page)         $ **315,040.24**

Total        
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **OSTC** <br><br> **GET FRESH PRODUCE** <br> **1441 Brewster Creek Blvd.** <br> **Bartlett, IL  60103** | X | J | Food supplies provided for O'Sole Mio STC, Inc. | | | | 1,250.00 |
| ACCOUNT NO. <br><br> **GFC LEASING** <br> **PO Box 2290** <br> **Madison, WI  53701** | X | J | Balance owed on lease for business. | | | | unknown |
| ACCOUNT NO. **1539** <br><br> **Home Depot** <br> **Home Depot Credit Services Processing Ct** <br> **Des Moines, IA  50364-0500** | X | J | Building supplies for business. | | | | 47.24 |
| ACCOUNT NO. **2742** <br><br> **Home Projects Visa** <br> **Cscl Dispute Team** <br> **Des Moines, IA  50306** | X | H | REVOLVING ACCOUNT OPENED 2/2009 FOR BUSINESS SUPPLIES< CHARGES AND EXPENSES. | | | | 965.80 |
| ACCOUNT NO. **2257** <br><br> **JP Morgan Chase Bank, N.A.** <br> **P.O. Box 65974** <br> **San Antonio, TX  78265** | X | J | Business overdraft charges. | | | | 160.51 |
| ACCOUNT NO. **8217** <br><br> **JP Morgan Chase Bank, N.A.** <br> **P.O. Box 65974** <br> **San Antonio, TX  78265** | X | J | Business overdraft charges. | | | | 289.92 |
| ACCOUNT NO. **9090** <br><br> **JP Morgan Chase Bank, N.A.** <br> **P.O. Box 65974** <br> **San Antonio, TX  78265** | X | J | Business overdraft charges. | | | | 1,141.65 |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  3,855.12

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0034**<br>**Kohl's**<br>**PO Box 2983**<br>**Milwaukee, WI 53201-2983** | | J | **Revolving credit card for personal use.** | | | | **852.42** |
| ACCOUNT NO. **3945**<br>**Laboratory Physicians, LLC**<br>**P.O. Box 10200**<br>**Peoria, IL 61612** | | J | **Unpaid medical bill for TORA incurred November, 2015.** | | | | **11.36** |
| ACCOUNT NO.<br>**McLoud Pest Control.**<br>**1635 N. Lancaster Road**<br>**South Elgin, IL 60177** | X | J | **Pest Control Services for business.** | | | | **200.00** |
| ACCOUNT NO.<br>**MECHANICAL 24, INC.**<br>**C/O MORRISROE & ASSOCIATES, LTD**<br>**114 S. Bloomingdale Road**<br>**Bloomingdale, IL 60108** | X | J | **Incurred from 2012 to 2013 for fees relating to build-out of rental space at 27 N. River Street, Batavia, Illinois.** | | | X | **43,863.25** |
| ACCOUNT NO. **9891**<br>**NICOR GAS**<br>**PO Box 2020**<br>**Aurora, IL 60507** | X | J | **Uiltlity services for River Steet location of O'Sole Mio, Inc.** | | | | **50.92** |
| ACCOUNT NO. **6504**<br>**Precision Payroll**<br>**1901 S. Meyers Road, Ste 310**<br>**Oak Brook Terrace, IL 60181** | X | J | **Advances for payroll for business.** | | | | **100,000.00** |
| ACCOUNT NO.<br>**RIVER STREET BUILDINGS, LLC**<br>**21 North River Street**<br>**Batavia, IL 60510** | X | J | **Past due amounts and future amounts due for business lease for property at 27 N. River Street, Batavia, Illinois entered into by Debtors' business, O'Sole Mio, INc., and persoally guaraeteed by Debtors** | | | | **122,364.00** |

Sheet no. **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **267,341.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7993**<br><br>**Sam's Club/Synchrony Bank**<br>**Po Box 965005**<br>**Orlando, FL  32896** | X | J | **REVOLVING ACCOUNT OPENED 6/2012 FOR BUSINESS EXPENSES, SUPPLIES AND CHARGES.** | | | | **5,234.74** |
| ACCOUNT NO. **5873**<br><br>**Sirius XM Satellite Radio**<br>**P.O. Box 9001399**<br>**Louisville, KY  40290** | | W | **Satellite Radio Service.** | | | | **unknown** |
| ACCOUNT NO. **4906**<br><br>**SWISHER**<br>**4725 Piedmont Row Drive, Ste 400**<br>**Charlotte, NC  28210-4281** | X | J | **Business invopice for O'Sole Mio, Inc.** | | | | **79.99** |
| ACCOUNT NO.<br><br>**TOTAL ELECTRIC**<br>**P.O. Box 493**<br>**St. Charles, IL  60175** | X | J | **Electrical contractor for business expansion.** | | | | **1,300.00** |
| ACCOUNT NO.<br><br>**Triangle Environmental**<br>**12033 S, Spaulding**<br>**Plainfield, IL  60585** | X | J | **HVAC CONTRACTOR FOR BUSINESS BATAVIA LOCATION** | | | | **1,051.26** |
| ACCOUNT NO. **0001**<br><br>**Verizon**<br>**P.O. Box 4002**<br>**Acworth, GA  30101** | X | J | **Business cellular phone service.** | | | | **773.34** |
| ACCOUNT NO.<br><br>**Viola Imports, Inc.**<br>**113 S. Weilaer Road**<br>**Arlington Heights, IL  60005** | X | J | **Incurred in 2013.  Food supplies for business.** | | | | **730.10** |

Sheet no. ____**6**__ of ____**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                               (Total of this page)  $ **9,169.43**

                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**                      Case No. _____
                     Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2742** <br><br> **Wells Fargo** <br> **PO Box 25341** <br> **Santa Anna, CA  92799-5341** | X | J | **REVOLVING CREDIT CARD FOR BUSINESS EXPENSES.** | | | | **1,007.29** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**7**___ of ___**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                     (Total of this page)  $  **1,007.29**

                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  **646,850.85**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                                Case No. _____
_____                                          (If known)
                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **First Street Development**<br>**409 Illinois Avenue, Ste 1C**<br>**St. Charles, IL  60174**<br><br>**ANTONIO NATALE**<br>**520 Heather Lane**<br>**Carol Stream, IL  60188-0000** | **Commercial lease in which Debtors are personal guarantors. Lease is from 6-15-2014 to 6-14-2019 in monthly rental amounts from $4,7801.67 at beginning of lease to $5,406.91 at end of lease.** |
| **River Street Building, LLC**<br>**21 N. River Street**<br>**Batavia, IL  60510**<br><br>**ANTONIO NATALE**<br>**520 Heather Lane**<br>**Carol Stream, IL  60188-0000** | **Commerical business lease in which Debtors are personal guarantors.  Lease is from 1-15-2013 to 12-31-2017 for monthly installments of $2,600.00 at commencement of lease to $3,312.00 at end of lease.** |
| **MARLIN LEASING**<br>**300 Fellowship Road**<br>**Mt. Laurel, NJ  08054** | **Equipment lease for Batch freezer and Gelato case.** |
| **PAWNEE LEASING CORPORATION**<br>**700 Centre Avenue**<br>**Fort Collins, CO  80526** | **Equipment lease for pasteurizer, hand mixer, panini grill, blast freezer, gelato case and auxiliary equipment.** |
| **TIME PAYMENT CORPORATION**<br>**16 N.E. Executive Park, #200**<br>**Burlingtoin, MA  01803** | **Equipment lease for Two (2) gelato cases.** |
| **GCI, INC.**<br>**P.O. Box 88735**<br>**Chicago, IL  60680** | **Vacation Club Membership.  Non-transferable.** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____

_____
Debtor(s)                                                                  (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ANTONIO NATALE**<br>**520 Heather Lane**<br>**Carol Stream, IL  60188** | **Home Projects Visa**<br>**Cscl Dispute Team**<br>**Des Moines, IA  50306**<br><br>**Sam's Club/Synchrony Bank**<br>**Po Box 965005**<br>**Orlando, FL  32896**<br><br>**Timepayment Corp**<br>**16 Ne Exec Office Park S**<br>**Burlington, MA  01803**<br><br>**MECHANICAL 24, INC.**<br>**C/O MORRISROE & ASSOCIATES, LTD**<br>**114 S. Bloomingdale Road**<br>**Bloomingdale, IL  60108**<br><br>**COMCAST**<br>**PO Box 3002**<br>**Southeastern, PA  19398-3002**<br><br>**RIVER STREET BUILDINGS, LLC**<br>**21 North River Street**<br>**Batavia, IL  60510**<br><br>**DOBOSZ LAW OFFICES, P.C.**<br>**2175 Point Boulevard, Ste 150**<br>**Elgin, IL  60123**<br><br>**FIRST MOUNTAIN BANK**<br>**P.O. Box 6868**<br>**Big Bear Lake, CA  92315**<br><br>**NICOR GAS**<br>**PO Box 2020**<br>**Aurora, IL  60507**<br><br>**EDWARD DON & COMPANY**<br>**2562 Paysphere Circle**<br>**Chicago, IL  60674**<br><br>**AT&T**<br>**PO Box 5014**<br>**Carol Stream, IL  60197**<br><br>**GET FRESH PRODUCE**<br>**1441 Brewster Creek Blvd.**<br>**Bartlett, IL  60103**<br><br>**CITY OF ST. CHARLES** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
                                  Debtor(s)                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Utiltiy Billing Office**<br>**2 E. Main Street**<br>**St. Charles, IL  60174**<br><br>**EDWARD DON & COMPANY**<br>**2562 Paysphere Circle**<br>**Chicago, IL  60674**<br><br>**SWISHER**<br>**4725 Piedmont Row Drive, Ste 400**<br>**Charlotte, NC  28210-4281**<br><br>**MARLIN LEASING**<br>**300 Fellowship Road**<br>**Mt. Laurel, NJ  08054**<br><br>**PAWNEE LEASING CORPORATION**<br>**700 Centre Avenue**<br>**Fort Collins, CO  80526**<br><br>**CASTLE BANK**<br>**PO Box 30287**<br>**Omaha, NE  68103**<br><br>**GFC LEASING**<br>**PO Box 2290**<br>**Madison, WI  53701**<br><br>**Precision Payroll**<br>**1901 S. Meyers Road, Ste 310**<br>**Oak Brook Terrace, IL  60181**<br><br>**Alliance**<br>**11058 W. Addison Street**<br>**Franklin Park, IL  60131**<br><br>**American Express**<br>**True Earnings Business Card**<br>**PO Box 0001**<br>**Los Angeles, CA  60096-8000**<br><br>**Castle Bank**<br>**1620 Dodge Street**<br>**Omaha, NE  68197**<br><br>**CHARLENE SAUER**<br>**494 Chesterfield Lane**<br>**North Aurora, IL  60542**<br><br>**CINTAS**<br>**1201 W. St. Charles Road**<br>**Maywood, IL  60153**<br><br>**CITY OF BATAVIA**<br>**100 N. Island Avenue**<br>**Batavia, IL  60510**<br><br>**CULLIGAN** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 2325 South Street<br>Geneva, IL  60134<br><br>TOTAL ELECTRIC<br>P.O. Box 493<br>St. Charles, IL  60175<br><br>First Street Development<br>409 Illinois Avenue, Ste 1C<br>St. Charles, IL  60174<br><br>Internal Revenue Service<br>2001 Butterfield Road, 12th Floor<br>Downers Grove, IL  60515<br><br>Illinois Liquor Commission<br>Suite 7-801<br>100 West Randolph Street<br>Chicago, IL  60601<br><br>McLoud Pest Control.<br>1635 N. Lancaster Road<br>South Elgin, IL  60177<br><br>Bulldog Plumbing, Inc.<br>222 Columbia Street<br>Batavia, IL  60510<br><br>Triangle Environmental<br>12033 S, Spaulding<br>Plainfield, IL  60585<br><br>Viola Imports, Inc.<br>113 S. Weilaer Road<br>Arlington Heights, IL  60005<br><br>Wells Fargo<br>PO Box 25341<br>Santa Anna, CA  92799-5341<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19035<br>Springfield, IL  62794-9035<br><br>Home Depot<br>Home Depot Credit Services Processing Ct<br>Des Moines, IA  50364-0500<br><br>JP Morgan Chase Bank, N.A.<br>P.O. Box 65974<br>San Antonio, TX  78265<br><br>JP Morgan Chase Bank, N.A.<br>P.O. Box 65974<br>San Antonio, TX  78265<br><br>JP Morgan Chase Bank, N.A.<br>P.O. Box 65974 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                          Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **O'SOLE MIO, INC.**<br>**C/O ROY D. WINN - Registered Agent**<br>**27W140 Roosevelt Road, Ste 201**<br>**Winfield, IL  60190** | San Antonio, TX  78265<br><br>**Verizon**<br>**P.O. Box 4002**<br>**Acworth, GA  30101**<br>**Home Projects Visa**<br>**Cscl Dispute Team**<br>**Des Moines, IA  50306**<br><br>**Sam's Club/Synchrony Bank**<br>**Po Box 965005**<br>**Orlando, FL  32896**<br><br>**Timepayment Corp**<br>**16 Ne Exec Office Park S**<br>**Burlington, MA  01803**<br><br>**MECHANICAL 24, INC.**<br>**C/O MORRISROE & ASSOCIATES, LTD**<br>**114 S. Bloomingdale Road**<br>**Bloomingdale, IL  60108**<br><br>**COMCAST**<br>**PO Box 3002**<br>**Southeastern, PA  19398-3002**<br><br>**RIVER STREET BUILDINGS, LLC**<br>**21 North River Street**<br>**Batavia, IL  60510**<br><br>**DOBOSZ LAW OFFICES, P.C.**<br>**2175 Point Boulevard, Ste 150**<br>**Elgin, IL  60123**<br><br>**FIRST MOUNTAIN BANK**<br>**P.O. Box 6868**<br>**Big Bear Lake, CA  92315**<br><br>**NICOR GAS**<br>**PO Box 2020**<br>**Aurora, IL  60507**<br><br>**EDWARD DON & COMPANY**<br>**2562 Paysphere Circle**<br>**Chicago, IL  60674**<br><br>**AT&T**<br>**PO Box 5014**<br>**Carol Stream, IL  60197**<br><br>**EDWARD DON & COMPANY**<br>**2562 Paysphere Circle**<br>**Chicago, IL  60674**<br><br>**SWISHER**<br>**4725 Piedmont Row Drive, Ste 400**<br>**Charlotte, NC  28210-4281** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **MARLIN LEASING**<br>**300 Fellowship Road**<br>**Mt. Laurel, NJ  08054**<br><br>**PAWNEE LEASING CORPORATION**<br>**700 Centre Avenue**<br>**Fort Collins, CO  80526**<br><br>**CASTLE BANK**<br>**PO Box 30287**<br>**Omaha, NE  68103**<br><br>**GFC LEASING**<br>**PO Box 2290**<br>**Madison, WI  53701**<br><br>**Precision Payroll**<br>**1901 S. Meyers Road, Ste 310**<br>**Oak Brook Terrace, IL  60181**<br><br>**Alliance**<br>**11058 W. Addison Street**<br>**Franklin Park, IL  60131**<br><br>**American Express**<br>**True Earnings Business Card**<br>**PO Box 0001**<br>**Los Angeles, CA  60096-8000**<br><br>**Castle Bank**<br>**1620 Dodge Street**<br>**Omaha, NE  68197**<br><br>**CHARLENE SAUER**<br>**494 Chesterfield Lane**<br>**North Aurora, IL  60542**<br><br>**CINTAS**<br>**1201 W. St. Charles Road**<br>**Maywood, IL  60153**<br><br>**CITY OF BATAVIA**<br>**100 N. Island Avenue**<br>**Batavia, IL  60510**<br><br>**CULLIGAN**<br>**2325 South Street**<br>**Geneva, IL  60134**<br><br>**Internal Revenue Service**<br>**2001 Butterfield Road, 12th Floor**<br>**Downers Grove, IL  60515**<br><br>**Illinois Liquor Commission**<br>**Suite 7-801**<br>**100 West Randolph Street**<br>**Chicago, IL  60601** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE  CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE                    Case No. _____
              Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **McLoud Pest Control.**<br>1635 N. Lancaster Road<br>South Elgin, IL  60177 |
| | **Triangle Environmental**<br>12033 S, Spaulding<br>Plainfield, IL  60585 |
| | **Viola Imports, Inc.**<br>113 S. Weilaer Road<br>Arlington Heights, IL  60005 |
| | **Wells Fargo**<br>PO Box 25341<br>Santa Anna, CA  92799-5341 |
| | **ILLINOIS DEPARTMENT OF REVENUE**<br>PO BOX 19035<br>Springfield, IL  62794-9035 |
| | **Home Depot**<br>Home Depot Credit Services Processing Ct<br>Des Moines, IA  50364-0500 |
| | **JP Morgan Chase Bank, N.A.**<br>P.O. Box 65974<br>San Antonio, TX  78265 |
| | **JP Morgan Chase Bank, N.A.**<br>P.O. Box 65974<br>San Antonio, TX  78265 |
| | **Verizon**<br>P.O. Box 4002<br>Acworth, GA  30101 |
| **O'SOLE MIO, STC, INC.**<br>C/O ROY D. WINN - Registered Agent<br>27W140 Roosevelt Road, Ste 201<br>Winfield, IL  60190 | **GET FRESH PRODUCE**<br>1441 Brewster Creek Blvd.<br>Bartlett, IL  60103 |
| | **CITY OF ST. CHARLES**<br>Utiltiy Billing Office<br>2 E. Main Street<br>St. Charles, IL  60174 |
| | **EDWARD DON & COMPANY**<br>2562 Paysphere Circle<br>Chicago, IL  60674 |
| | **Precision Payroll**<br>1901 S. Meyers Road, Ste 310<br>Oak Brook Terrace, IL  60181 |
| | **CHARLENE SAUER**<br>494 Chesterfield Lane<br>North Aurora, IL  60542 |
| | **TOTAL ELECTRIC**<br>P.O. Box 493 |

B6H (Official Form 6H) (12/07) - Cont.

IN RE **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**     Case No. _____

       Debtor(s)                                               (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | St. Charles, IL  60175<br><br>**First Street Development**<br>409 Illinois Avenue, Ste 1C<br>St. Charles, IL  60174<br><br>**Bulldog Plumbing, Inc.**<br>222 Columbia Street<br>Batavia, IL  60510<br><br>**Viola Imports, Inc.**<br>113 S. Weilaer Road<br>Arlington Heights, IL  60005<br><br>**JP Morgan Chase Bank, N.A.**<br>P.O. Box 65974<br>San Antonio, TX  78265 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **ANDREA  CHIAPPELLI** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **TORA LEE CHIAPPELLI** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM  /  DD  /  YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | _____ | _____ |
| Employer's name | **FREUDENBERG HOUSEHOLD PRO** | _____ |
| Employer's address | **2188 Diehl Road**<br>Number   Street | _____<br>Number   Street |
| | _____ | _____ |
| | **Aurora, IL  60502-0000**<br>City           State     ZIP Code | _____<br>City           State     ZIP Code |
| How long employed there? | **15 years** | _____ |

---

**Part 2:    Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **8,470.95** | $ **0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ **80.21** | + $ **0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ **8,551.16** | $ **0.00** |

Debtor 1   __ANDREA  CHIAPPELLI_____   Case number (if known)_____
First Name      Middle Name         Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ..................................................➔ 4. | $     8,551.16 | $          0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $     2,122.29 | $          0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $          0.00 | $          0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $          0.00 | $          0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $          0.00 | $          0.00 |
| 5e. Insurance | 5e. | $         44.01 | $          0.00 |
| 5f. Domestic support obligations | 5f. | $          0.00 | $          0.00 |
| 5g. Union dues | 5g. | $          0.00 | $          0.00 |
| 5h. Other deductions. Specify:  __See Schedule Attached_____ | 5h. +$     1,065.15 | + $          0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $     3,231.46 | $          0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $     5,319.70 | $          0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $          0.00 | $          0.00 |
| 8b. Interest and dividends | 8b. | $          0.00 | $          0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $          0.00 | $          0.00 |
| 8d. Unemployment compensation | 8d. | $          0.00 | $          0.00 |
| 8e. Social Security | 8e. | $          0.00 | $          0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $          0.00 | $          0.00 |
| 8g. Pension or retirement income | 8g. | $          0.00 | $          0.00 |
| 8h. Other monthly income. Specify:  __COMMISSIONS FROM COUNT__ | 8h. +$          0.00 | +$          0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $          0.00 | $          0.00 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $     5,319.70 + | $          0.00 = | $     5,319.70 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $          0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $     5,319.70
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:   | None |

IN RE CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE _____ Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **MEDICAL FSA** | **83.33** | **0.00** |
| **401K Loan** | **462.84** | **0.00** |
| **125 Plan** | **518.98** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 ___ANDREA  CHIAPPELLI___
First Name          Middle Name          Last Name

Debtor 2 ___TORA LEE CHIAPPELLI___
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**      ☑ No

   Do not list Debtor 1 and Debtor 2.      ☐ Yes. Fill out this information for each dependent.........................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ ___2,177.00___ |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ ___0.00___ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ ___0.00___ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ ___500.00___ |
| 4d. | Homeowner's association or condominium dues | 4d. | $ ___0.00___ |

Debtor 1    **ANDREA  CHIAPPELLI** _____ ___ ___ ___ ___ ___ ___    Case number *(if known)*_____ ___ ___ ___ ___ ___ ___
First Name        Middle Name        Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ _____ **0.00** _____ |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $ _____ **400.00** _____ |
| 6b.   Water, sewer, garbage collection | 6b. | $ _____ **50.00** _____ |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ _____ **250.00** _____ |
| 6d.   Other. Specify: _____ | 6d. | $ _____ **0.00** _____ |
| 7. **Food and housekeeping supplies** | 7. | $ _____ **600.00** _____ |
| 8. **Childcare and children's education costs** | 8. | $ _____ **0.00** _____ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ _____ **50.00** _____ |
| 10. **Personal care products and services** | 10. | $ _____ **100.00** _____ |
| 11. **Medical and dental expenses** | 11. | $ _____ **100.00** _____ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ _____ **400.00** _____ |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ _____ **210.00** _____ |
| 14. **Charitable contributions and religious donations** | 14. | $ _____ **80.00** _____ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $ _____ **600.00** _____ |
| 15b.   Health insurance | 15b. | $ _____ **0.00** _____ |
| 15c.   Vehicle insurance | 15c. | $ _____ **135.00** _____ |
| 15d.   Other insurance. Specify: _____ _____ | 15d. | $ _____ **0.00** _____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ _____ **0.00** _____ |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $ _____ **492.00** _____ |
| 17b.   Car payments for Vehicle 2 | 17b. | $ _____ **437.00** _____ |
| 17c.   Other. Specify: _____ | 17c. | $ _____ **0.00** _____ |
| 17d.   Other. Specify: _____ | 17d. | $ _____ **0.00** _____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | 18. | $ _____ **0.00** _____ |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ _____ **0.00** _____ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a.   Mortgages on other property | 20a. | $ _____ **0.00** _____ |
| 20b.   Real estate taxes | 20b. | $ _____ **0.00** _____ |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $ _____ **0.00** _____ |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ _____ **0.00** _____ |
| 20e.   Homeowner's association or condominium dues | 20e. | $ _____ **0.00** _____ |

| Debtor 1 | **ANDREA  CHIAPPELLI** | Case number *(if known)* _____ |
|---|---|---|
| | First Name   Middle Name   Last Name | |

---

| 21. | **Other**. Specify: _____ | 21. | +$ _____ 0.00 _____ |
|---|---|---|---|

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

| 22. | $ _____ 6,581.00 _____ |
|---|---|

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

| 23a. | $ _____ 5,319.70 _____ |
|---|---|

23b. Copy your monthly expenses from line 22 above.

| 23b. | − $ _____ 6,581.00 _____ |
|---|---|

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

| 23c. | $ _____ -1,261.30 _____ |
|---|---|

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   **None**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  **CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**                                    Case No. _____
_____
Debtor(s)                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 23, 2015** _____     Signature: _____
                                                                  **ANDREA  CHIAPPELLI**                                 Debtor

Date: **January 23, 2015** _____     Signature: _____
                                                                  **TORA LEE CHIAPPELLI**                          (Joint Debtor, if any)
                                                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____           _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                      Case No. _____

**CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE** _____   Chapter **7** _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐       including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
0.00      **2013  $104,529.00 income from regular employment and $24,032.00 in Business losses for a net of $80,637.00**
          **2014  $109,700.58 income from regular employment for Andrea.  $4,000.00 income for Tora.$3,658.41 commissions from former employer.  Business Losses unknown.**
          **2015  YTD  $3,946.69 income from regular employment for Andrea.  0.00 Income for Tora.**

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑       **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☐       debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | **Monthly payments for November, December, 2014, and January, 2015** | **6,531.00** | **243,024.00** |
| **Ford Motor Credit**<br>**P.O. Box 542000**<br>**Omaha, NE  68154-0000** | **November and December, 2014 and January, 2015.** | **1,476.00** | **26,880.00** |
| **Ford Motor Credit**<br>**P.O. Box 542000**<br>**Omaha, NE  68154-0000** | **November and December, 2014 and January, 2015.** | **1,287.00** | **9,466.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ARF FINANCIAL, LLC, ASSIGNEE OF FIRST MOUNTAIN BANK v. O'SOLE MIO, INC. and ANDREA CHIAPPELLI.  CASE NUMBER CIVDS1500250** | **BREACH OF CONTRACT** | **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNADINO, 247 WEST THIRD STREET, SAN BERNADINO, CA 92415** | **PENDING.  FILED 1-2-2015** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **TIME PAYMENT CORPORATION**<br>**16 N.E. Executive Park, #200**<br>**Burlington, MA  01803** | **December, 2014** | **Two Gelato cases.  Value unknown.** |
| **MARLIN LEASING**<br>**300 Fellowship Road**<br>**Mt. Laurel, NJ  08054** | **December, 2014** | **Batch freezer and Gelato Case**<br>**Value Unknown** |
| **PAWNEE LEASING CORPORATION**<br>**700 Centre Avenue**<br>**Fort Collins, CO  80526** | **December, 2014** | **Pasteurizer, hand mixer, panini grill, blast freezer, gelato case and auxiliary equioment. value unknown.** |
| **CASTLE BANK**<br>**P.O. Box 30287**<br>**Omaha, NE  68103** | **Janaury, 2015** | **Miscellaneous business equipment, tables, chairs, display cases, kitchen equipment. Value unknown.** |

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Roy D. Winn**<br>**27W140 Roosevelt Rd, Suite 201**<br>**Winfield, IL  60190-0000** | **Oct and Dece, 2014.** | **2,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **O'SOLE MIO, INC.** | **46-1176504** | **C/O ROY D. WINN - Registered Agent 27W140 Roosevelt Road, Ste 201 Winfield, IL  60190-0000** | **Restaurant and Gelatop Shop** | **Incorporated 10/12/2012. Business closed December, 2014. Corporation has not been dissolved.** |
| **OSOLE MIO STC, INC.** | **47-1558826** | **C/O ROY D. WINN REG. AGENT** | **Restaurant and** | **Opened** |

| 27W140 Roosevelt Road, Ste 201<br>Winfield, IL  60190-0000 | Gelato Shop | 7/18/2014.<br>Business closed<br>December, 2014.<br>Corporation has<br>not been<br>dissolved. |

---

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

**None** ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Charlene Sauer**<br>**494 Chesterfield Lane**<br>**North Aurora, IL  60542** | **2013 to 2014.** |

---

**None** ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

**None** ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Andrea And Tora Chiappelli**
**563 Maves Drive**
**Batavia, IL  60510**

---

**None** ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

---

### 20. Inventories

**None** ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

**None** ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

**None** ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

**None** ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

**None** ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **January 23, 2015** _____    Signature _____
                                             of Debtor                                    **ANDREA  CHIAPPELLI**

Date: **January 23, 2015** _____    Signature _____
                                             of Joint Debtor                              **TORA LEE CHIAPPELLI**
                                             (if any)

                         _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**CHIAPPELLI, ANDREA & CHIAPPELLI, TORA LEE**                            Chapter **7** _____

_____Debtor(s)_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Single Family residence commonly known as 563 Maves Drive, Batav** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Cr** | **Describe Property Securing Debt:**<br>**2013 Ford Fusion with 10,000 miles.** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**First Street Development** | **Describe Leased Property:**<br>**Commercial lease in which Debtors are personal guarantors.  Leas** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:**<br>**River Street Building, LLC** | **Describe Leased Property:**<br>**Commerical business lease in which Debtors are personal guaranto** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

___**2** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**January 23, 2015**_____         _____
                                              Signature of Debtor

                                              _____
                                              Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Cr** | **Describe Property Securing Debt:**<br>**2010 Ford Edge automobile with 40,000 miles.** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**GCI, INC.** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

## PART B – Continuation

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**MARLIN LEASING** | **Describe Leased Property:**<br>**Equipment lease for Batch freezer and Gelato case.** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**PAWNEE LEASING CORPORATION** | **Describe Leased Property:**<br>**Equipment lease for pasteurizer, hand mixer, panini grill, blast** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

Continuation sheet ___**1**___ of ___**2**___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Timepayment Corp** | **Describe Property Securing Debt:**<br>**Miscellaneous business equipment.** |

Property will be *(check one)*:
- [x] Surrendered   [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [x] Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered   [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [ ] Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- [ ] Surrendered   [ ] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt   [ ] Not claimed as exempt

## PART B – Continuation

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**TIME PAYMENT CORPORATION** | **Describe Leased Property:**<br>**Equipment lease for Two (2) gelato cases.** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] Yes [x] No |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>**GCI, INC.** | **Describe Leased Property:**<br>**Vacation Club Membership.  Non-transferable.** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[x] Yes [ ] No |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only